IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA K. CONNEARNEY,**<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>**MAIN LINE HOSPITALS, INC. et al.,**<br><br>　　　　*Defendants*. | **CIVIL ACTION**<br>**NO. 15–02730** |

### ORDER

**AND NOW**, this 22nd day of December, 2015, upon consideration of Defendants' Motion to Dismiss (ECF No. 4), Christina Connearney's ("Connearney") Response (ECF No. 7), Defendants' Reply (ECF No. 8) and Connearney's Sur-reply (ECF No. 11), it is **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part.

1. Count II—insofar as it alleges a civil conspiracy—and Counts III, IV, V, VII, IX and XII of Connearney's Complaint are **DISMISSED** with prejudice.

2. Defendants' Motion to Dismiss Counts X, XI, XV and XVI is **DENIED**.

3. Connearney is granted leave to amend Counts I, II—insofar as it alleges a deprivation of her civil rights, VI, VIII, XIII, XIV and XVII.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.