IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA K. CONNEARNEY, *Plaintiff*, v. MAIN LINE HOSPITALS, INC. *et al.*, *Defendants*. | CIVIL ACTION No. 15-02730 |

## ORDER

**AND NOW**, this 28th day of October, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 40) and Plaintiff's Response (ECF No. 49), it is **ORDERED** that the motion is **GRANTED** as to Counts II, III, IV, and VII and **DENIED** as to Count I, Count VI with respect to Kathleen Hogan, and Count X.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.