IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA K. CONNEARNEY,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>MAIN LINE HOSPITALS, INC. *et al.*,<br><br>　　　　　*Defendants*. | CIVIL ACTION<br>No. 15-02730 |

## ORDER

**AND NOW**, this 4th day of November, 2016, upon consideration of Defendants' Motions to exclude the testimony of Christopher Wright, *see* (ECF No. 41), and Nancy Bonalumi, *see* (ECF No. 42), it is **ORDERED** that the motions are **GRANTED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.