IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINA K. CONNEARNEY,<br><br>      *Plaintiff*,<br><br>v.<br><br>MAIN LINE HOSPITALS, INC. *et al.*,<br><br>      *Defendants*. | CIVIL ACTION<br>No. 15-02730 |

## ORDER

**AND NOW**, this 4th day of November, 2016, upon consideration of Defendants' Motion for Reconsideration of Summary Judgment Decision Regarding Hostile Work Environment and PHRA Aiding and Abetting Claims Based on Hogan's Status As a Non-Supervisory Employee (ECF No. 83), and Plaintiff's response (ECF No. 96), it is **ORDERED** that the motion is **DENIED**.

                                  BY THE COURT:

                                  ***/s/ Gerald J. Pappert***
                                  GERALD J. PAPPERT, J.