IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTINA CONNEARNEY,**  *Plaintiff,*  v.  **MAIN LINE HOSPITALS, INC., et al.,**  *Defendants.* | **CIVIL ACTION NO. 15-02730** |

## ORDER

**AND NOW**, this 4th day of November, 2016, upon consideration of Defendants' Motion to Strike (ECF No. 55) and Plaintiff's Response (ECF No. 58), it is hereby **ORDERED** that the motion is **GRANTED** with respect to Paragraph 40 of Plaintiffs Declaration (ECF No. 50-2) and **DENIED** as moot with respect to Paragraphs 8, 9, 13, 20, 24, 59, 71, 80, 82 and 83 of the Declaration.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.