IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTINA K. CONNEARNEY,

    *Plaintiff*,

v.

MAIN LINE HOSPITALS, INC. *et al.*,

    *Defendants*.

CIVIL ACTION
No. 15-02730

**PAPPERT, J.**                                                                              **NOVEMBER 4, 2016**

## ORDER

**AND NOW**, this 4th day of November, 2016, it is hereby **ORDERED** that:

1. Plaintiff's Motion in Limine to Exclude Plaintiff's Family Psychiatric History (ECF No. 59) is **GRANTED**.

2. Plaintiff's Motion in Limine as to the Confidentiality and Non-Disparagement Clauses in Settlement Agreements (ECF No. 60) is **DENIED** as moot.

3. Defendants' Motion in Limine to Preclude Evidence of Discipline of Other Employees in the Protected Class (ECF No. 61) is **GRANTED IN PART** with respect to opinion testimony from employees within the protected class regarding Hogan's motivations for disciplining them. The witnesses may testify about being disciplined by Hogan but may not opine on Hogan's motivations for doing so.

4. Defendants' Motion in Limine to Preclude Evidence and Arguments Relating to Main Line Hospital's e-Feedback System (ECF No. 62) is **GRANTED**.

5. Defendants' Motion in Limine to Preclude Connearney from Referring to Various Actions as "Adverse Employment Actions" (ECF No. 63) is **DENIED** as moot.

6. Defendants' Motion in Limine to Preclude Evidence of Discipline of Employees Outside the Protected Class (ECF No. 64) is **GRANTED**.

7. Defendants' Motion in Limine to Preclude Letters of Recommendation (ECF No. 65) is **GRANTED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.